
RECEIVED
IN MONROE, LA
OCT 18 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TOMMY LEE GIBBS | CIVIL ACTION NO. 06-1269 |
| VS. | SECTION P |
| WARDEN RICHLAND PARISH DETENTION CENTER | JUDGE ROBERT G. JAMES<br>MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED, ADJUDGED AND DECREED that this petition for writ of *habeas corpus* [Doc. No. 1] is DENIED AND DISMISSED WITHOUT PREJUDICE for failing to exhaust available state court remedies.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 17 day of October, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE